April 14, 2026

Hon. William K. Sessions III
United States District Court
    for the District of Vermont
PO BOX 836
Burlington, VT 05401-0836

Dear Judge Sessions,

Re:  Character Statement – Ian Blochwitz

Our names are Marie and Roger Metzger.  We are the adoptive grandparents of Ian Blochwitz.  We have known Ian since he was about two years old and have maintained a relationship with Ian throughout his life.  We are aware of the serious offense that Ian pleaded guilty to in your Court.  This conviction came as a shock to us, but for the reasons we discuss below, we hope that you will show Ian some mercy at sentencing.  He is a good person who has persevered through many obstacles in his life.  We believe Ian is be capable of doing the same in this situation.

In 1993, Ian and his brother Aaron were fostered by our daughter, Denise Metzger.  Denise was a music and piano teacher.  Prior to becoming a foster parent, Denise was married, but separated from her husband.  She wanted children and started to look into fostering children.  Initially, we were not sure why she wanted to do this after her divorce, but Denise spoke to us one day about how she had gotten an abortion while married to her ex-husband.  The abortion bothered Denise.  We believe that Denise looked into fostering children to fill this void in her life.

Ian and Aaron were Denise's first two foster children.  Thereafter, Denise fostered two more children, Corey and Carey.  Ian and his brothers lived a short distance from our home in Clarence, NY.  We lived and worked locally, so we frequently heled Denise with raising the children.  When Ian lived with Denise, we saw him about 3-4 times per a week.

Ian was a beautiful young boy.  His room always was tidy.  He was polite.  He was inquisitive.  We saw him play with his brothers.  As the oldest of the children, he was more developmentally advanced than the others.  I used to make Ian pillows when he was a boy.  He saved all of them and neatly arranged them on his bed.  Ian was a joy to have around.

After Ian and Aaron's biological parents gave up their rights, Denise adopted Ian and Aaron.  It was a special day.  Ian and his brother seemed so happy.  We met in court to conduct the ceremony.  To the right is a picture of the ceremony with Ian sitting next to Denise.



The relationship between Ian and Denise appeared to be a close one. Besides seeing Ian interact with Denise at home, Denise also would take her boys to visit us at Cape Cod. We observed a lot of love in the beginning.

Unfortunately, Denise's love for Ian did not endure. We think this had to do with the fact that Ian was the oldest of the children. When Denise fostered Aaron, Corey, and Carey, all of them started with her as babies. Denise could shape babies into her own likeness. We think she liked babies more. Ian was not a baby. He was older. Over time, Denise discussed with us how she had regrets about adopting Ian since he was older. She told us that she discussed the issue with her friends and other foster parents. All of them advised her that it was difficult to separate foster brothers who were blood relatives. In an effort to move past this barricade, we think our daughter made up a ruse that Ian was a behavior problem.

For example, Denise would tell us that Ian was misbehaved. Denise would tell us about having to "protect" the other children from Ian because he was "suicidal." None of these complaints registered with us because they did not match our observations of Ian in the times that we saw him (several days a week). Denise sent Ian to school outside of her home, but she home-schooled Aaron, Corey, and Carey. Denise also was quick to criticize Ian. She would make him cry. She was hard on him. Things were not good between them. We encouraged our daughter to try to work with Ian, but she disregarded our advice.

One day, we learned that Denise had dopped off Ian to Brylin Hospital. Ian was approximately seven years old. Brylin is a place in Buffalo that specializes in treating children with behavioral health issues. It is an in-patient facility. As Denise put it to us, "Brylin finally accepted him." When Denise told us this, we were shocked. We went to visit Ian at Brylin. We brought him books. Ian would call us on the telephone from memory. His counselors and teachers told us that Ian was their "star pupil." That did not surprise us at all since most of the children at Brylin had severe mental health problems. We discussed with Denise our concern that Ian did not belong at Brylin. Denise accused Ian of plotting to "kill" her and his brothers, but we challenged her about those crazy accusations. We asked Denise how she could say something like that since Ian never had displayed anger or violence towards anyone. Denise refused to listed. After we visited Ian on a few occasions, Denise found out what we were doing. She called Brylin and instructed Brylin to stop all visitation with us. Thereafter, we lost contact with Ian for several months.

This was an incredibly sad time for us. We felt horrible for Ian. He was being estranged from his brother and the only mother he ever knew. What happened with Ian caused a rift to develop between us and Denise. Denise told us that we had to make a choice between her or Ian. We chose Ian because we believed that what Denise had done to Ian was so unjustified. Our relationship with Denise never recovered.

In 1999, Ian made it out of Brylin when he was fostered (and later adopted) by his second set of step-parents, Stephen and Karen Blochwitz. We did not find out about Ian being fostered by the Blochwitzs until Ian called us on the telephone from their house. After receiving this call, we confronted Denise. She told us that Ian had gone to a new foster family and that she had relinquished her rights to Ian. We investigated whether we had any "grandparents rights"

2

and called a social worker. When Stephen and Karen found out about this, we met to discuss how to proceed. The Blochwitz allowed us to remain a part of Ian's life while he was a part of their family. This was so gracious of them. The Blochwitz also thought that it was important to keep us in Ian's life so that Ian's relationship with Aaron would not suffer.

In 2002, Ian was formally adopted by Stephen and Karen. A copy of the announcement appears to the right. At the time of the adoption, Ian was their only child. We would meet with Ian at least monthly. Ian also would see Aaron periodically. At first, Denise would come to the visits with Aaron. Over time, the Blochwitzs' noticed how Ian would be triggered by Denise during these visits. Karen did not like that, so she eventually told Denise that she could not accompany Aaron on the visits. This caused further estrangement between Ian and Aaron because Denise was reluctant to keep up with the visits. Ian lost touch with his brother eventually. Their relationship never recovered.

*Please share in our joy as we announce the Final Adoption of:*

*Our wonderful son,*
*Ian Daniel Blochwitz*
*Ian is 10 years old*

*Our journey began*
*June 5, 1999*

*At long last we are a family*
*May 13, 2002*

*Dreams really do come true,*
*Stephen, Karen, and Ian Blochwitz*

As Ian grew older, we continued to maintain our relationship with Ian. Ian also became close with our youngest son, Bob, who was an Uncle and mentor to Ian in many ways. Ian did well in school. He was involved with his school and had many friends. He proved himself to be an accomplished young man.

After graduating High School, Ian went to college locally. He lived on campus. We feel like after Ian left the Blochwitz's home, he lacked support to get through the next phase of his life. Stephen and Karen had two biological daughters after adopting Ian. When Ian moved out, the Blochwitzs appeared to move on from Ian to focus on their daughters. Maybe that was just because of his sisters' ages and all of the activities they did. However, we noticed that this had an impact on Ian. For example, when he came home for Christmas break, Ian noticed that his room was given to one of the girls and Ian had no place to sleep in the house anymore. Ian got a speeding ticket in a car he purchased from the Blochwitzs with his own money. After the ticket, the Blochwitzs took the car away from Ian as a punishment even though Ian bought it from them. We bought a bicycle for Ian so that he could get around campus and run errands. But Ian just seemed to be left on his own. We continued to provide Ian advice and support, but only in the capacity of his grandparents.

3

During his college years, Ian always worked to support himself. He had a job in the summer. After college, he remained diligent with pursuing his studies and working to support himself. Throughout his 20's, Ian continued to call and visit us. As you can imagine, his visits were less frequent than before. He had a closer relationship with his Uncle Bob than he did with us. But we still learned about all of his travels and adventures. Ian talked to us about his girlfriends. He seemed to be moving forward with his life in a positive direction.

Shortly before Ian was charged, Ian stopped by our house to visit. We spoke about life and what he was up to. He talked to us about his job at the Peras' scaffolding company. When he said good bye and moved into hug us, something was different about the way he said goodbye. We knew something was up. For more than a year, we did not hear from Ian. We felt like he may have moved on to live his life. In late 2025, though, we received a letter from Ian. Our son Bob got it from the mail box. Bob almost did not give the letter to us because he knew what happened to Ian, but did not want to tell us, however Bob gave us the letter anyway. This is how we found out that Ian had been arrested and transported to Vermont. Ian told us what he had done. He expressed shame and remorse for what he had done. The letter was very moving and we are glad that he chose to reach out to us. Since that time, we have spoken on the phone with Ian many times. We are there to support him.

We are aware of Ian's conviction in this case as well as the nature of the charges to which he pleaded guilty. We know that he pleaded guilty to sex trafficking of a child and, as part of those charges, he picked up a 12-year-old girl in Vermont and transported her to a hotel room in New York. From what we understand, Ian started taking to this girl on the internet and agreed to meet her. When we learned about this, we were at a loss to explain how this happened. Our grandson is not a perfect human being – nobody in this world is perfect – but doing something like this is not in his DNA. We doubt that if Ian met this girl in a normal place like a bar that he would have even had a conversation with her. But while both of us are in our 90's, we know that the internet is a much different place. People do things on the internet that they would never do in public. We believe that played a role in Ian's decision-making. So much on the internet is not real.

We also believe that depression played a role in what happened. Ian has not had an easy life. Anyone who has three sets of parents who push them away or abandon them will not have it easy. We think that Ian was searching on the internet for companionship that he did not have in Buffalo. Certainly, he had us, but as grandparents, we can only fulfil so much of a role in a young man's life. Looking for companionship on the internet is not something that always leads to good places. Ian's search for more on the internet led him astray.

While we are disappointed this happened, we still feel that Ian can successfully recover from this conviction for several reasons. First, Ian is a smart young man. He has a college degree. He has proven himself to be a hard worker and someone who is able to support himself even when people do not support him financially or otherwise. Second, we taught Ian frugality and the value of money. Ian is someone who is resourceful. If he needs to live modestly when he gets out of jail to start over again, he can do that because he is not someone who needs luxuries to live his life. He has learned how to get by on the essentials. Third, Ian is remorseful and contrite. Ian knows that he disappointed everyone in this case. While he is

guarded when he speaks to us on the telephone because his lawyer told him to keep quiet, we can hear the contrition in his voice. I know that you will be able to hear it in Court, too. Ian also has told us about the people he is imprisoned with. As he told us on the phone, "I do not want to become one of them." That speaks volumes about how he wants to take accountability for what he did and move forward. Fourth, Ian is a survivor. Ian's life story includes several ups and downs. Some people would never recover from the things Ian has endured. But not Ian. Ian preserves and tries to make lemonade out of lemons. This mindset and attitude will serve him well when he is released from prison and when he is in prison. It will keep him focused. Fifth, Ian believes in therapy and family. Prior to his arrest, Ian asked us to come with him to therapy during a session. He felt like the information we had about his past may help his therapist understand more about him to prepare Ian for success in the future. Being introspective about yourself and having a belief in the benefit of therapy will help Ian recover from this. He also has strong support from us as well as his Aunt Sharon and his former employers, David and Cathy. This support will be invaluable in getting Ian back on his feet again.

Your Honor, twenty years ago, we were presented with a choice when Ian was improperly admitted to Brylin Hospital: our daughter or our grandson. We chose Ian because what Denise did to Ian was not right. We do not regret that decision because Ian always has proven himself to be a gentle and caring person. We know that even if you sentence Ian to the minimum sentence of ten years that probably will mean that we will never see Ian in person again. The last hug he gave us prior to his arrest may be the last time we embrace. He knows this, too. We are too old to travel to Vermont to be in court. We are too old to travel to see him in prison. This reality deeply saddens us. Ian is broken about this as well. But even if we are no longer on this earth when Ian gets out of prison, we are confident that he will never commit another offense like this ever again. He has many other people who will support him in his journey. If we are only able to guide him from Heven, Ian is resourceful enough to figure it out based on the lessons we taught him throughout his life.

Please give him a chance to redeem himself from this singular act of disappointment. Please adjudge the lowest amount of jail you can give under the law. Ian is sorry for what he did and is worthy of another chance. Thank you.

Very truly yours,

Marie Metzger                              Roger Metzger

*Marie Metzger*                            *Roger Metzger*

5

















Please share in our joy
as we announce the Final Adoption of:

Our wonderful son,
Ian Daniel Blochwitz
Ian is 10 years old

Our journey began
June 5, 1999

At long last we are a family
May 13, 2002

Dreams really do come true,
Stephen, Karen, and Ian Blochwitz













