April 16, 2026

Hon. William K. Sessions III
United States District Court
   for the District of Vermont
P.O. Box 836
Burlington, VT 05402-0836

Dear Judge Sessions,

Re:  <u>Character Statement – Ian Blochwitz</u>

My name is Sharon Donovan. I am an Aunt to Ian Blochwitz. I am 72 years old and a retired nurse. I live at ███████████, Kenmore, NY ████ which is a single-family house with three bedrooms. I live alone. My neighborhood is a residential one.

I have known Ian all of his life. He is my late-brother's son. Ian had a difficult upbringing. Ian's father was a longtime heroin addict who suffered a fatal overdose. Ian's mother also suffered from mental health issues. Ian's parents could not care for him, so Ian was transferred into the foster care system. He was placed with one family for several years and a second family thereafter. Ian grew up in Amherst, New York and attended public high school. After graduating high school, he remained in the Buffalo area. He held a steady job until his arrest. He also was involved in a relationship with Alana Matzkin, his girlfriend of several years. Ian has no criminal history other than this conviction.

I am aware of the charge and conviction in this case. I was shocked when I learned about the allegations. The girl involved in this case was so young. I do not know how she was on the internet speaking to Ian. I do not want to blame her parents, but it just strikes me as odd that she would have the ability to get online and speak inside an adult chat room so easily. Ian certainly is at fault for what he did, but I cannot stop thinking about this. It seems like there were many failures that led to this situation beyond just Ian.

I know that Ian is remorseful about what happened. He has expressed this to me personally. I remember when Ian disclosed what happened to me after his apartment was searched. At the same time, Ian was offered a job in Sweden. I told him that if the police did not arrest you, then you should go to Sweden. To his credit, Ian told me that he could not do that. Ian told me that he needed to take responsibility for what he did. Fleeing from this was not the answer. I respect Ian for that decision. I think it shows how Ian is an honorable person even if he was not honorable in this incident.

Notwithstanding this conviction, I remain committed to supporting my nephew in any way I can. I spoke to Ian's attorney, Mr. Singer, about the possibility of Ian being released from prison prior to trial. Mr. Singer told me that if the Court were to release Ian, it would require a plan for pretrial supervision as it was likely that Ian would be subject to several conditions. I am aware that my nephew canceled his lease with Alana following his arrest. Since he does not have an apartment, I volunteered to have Ian stay at my house. Ultimately, the

1

Court did not permit this to happen. While Ian was not able to live with me after his arrest, I would allow Ian to live with me after he is released from jail. If Ian were to live at my house, he would have his own room. I think it would be good for him because I would be there to support Ian through his transition back into society. He also could help me around the house, doing things like yardwork, cleaning, and maintenance that, frankly, I have more difficulty doing nowadays and will in the future.

I plan to visit Ian while he is incarcerated. Ian's grandparents are too old to do this, but I can. If Ian is incarcerated in Pennsylvania or Ohio, these locations are only a few hours from my home. I want to visit Ian so that he has a connection to others and his family. I have already contributed to his commissary account and we speak regularly on the telephone.

I also know that Ian is committed to learning from this incident and trying to make himself into a better person. My nephew has regularly attended therapy for many years. Counseling will help him overcome this conviction and make all of us safer.

As I have reminded Ian, he has more than half his life to live at this point. Time goes by fast. While his prison sentence could be ten years or more, I have reminded Ian to stay positive and to concentrate on things that will make his exit from prison easier. I have confidence that Ian will do this. He wants to better himself. He wants to return to Buffalo to be close to his family and friends. He dreams of seeing his grandparents in person if they are able to live that long. He wants to work with the Peras again as a means to get himself reintegrated. Please find it in your heart to give Ian that chance. Please adjudge the lowest sentence possible in this case. Ian made a huge mistake in meeting this girl. He should not have done it. But this incident does not define his entire existence. There are many reasons behind his actions and the bad ones can be worked on during his time in jail. Ian is committed to doing that. Thank you.

Very truly yours,

*Sharon Donovan*

2